**CRITCHLEY, KINUM & VAZQUEZ, LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 422-9200
Attorneys for Defendant Michael C. Sciarra

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Honorable Stanley R. Chesler, U.S.D.J.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 09-863 (SRC) |
| v. | |
| MICHAEL C. SCIARRA, et al. | **ORDER MODIFYING BAIL CONDITIONS** |
| Defendants. | |

**THIS MATTER** having come before the Court by defendant Michael C. Sciarra, through his attorney Edmund DeNoia, Esq., on notice to the United States of America through the United States Attorney's Office for the District of New Jersey (V. Grady O'Malley, A.U.S.A. appearing) and Pretrial Services (Michele Roman, appearing), the parties having consented to the entry of this order, and for good cause having been shown;

IT IS on this _14_ day of _Dec_, 2010;

**ORDERED** that the terms of Michael C. Sciarra's bail are hereby modified to remove the home incarceration condition;

**FURTHER ORDERED** that Michael C. Sciarra be placed under curfew with the terms of the curfew to be determined and monitored by Pretrial Services;

FURTHER ORDERED that Michael C. Sciarra cannot travel to, or be present at, the Oak Leaf Club located in Hoboken, New Jersey. *All other conditions of bail remain in effect*

SO ORDERED

HON. STANLEY R. CHESLER, U.S.D.J.

The entry of the above Order is hereby consented to by the undersigned:

Attorney for defendant,
Michael C. Sciarra

Edmund DeNoia, Esq.

Dated: 12/14/10

United States Attorney's Office
Attorneys for the United States

V. Grady O'Malley, A.U.S.A.

Dated: 12/14/10

Michael Ro~
Michael Ropon
United States Pretrial Office
12/14/10

2