**CRITCHLEY, KINUM & VAZQUEZ, LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 422-9200
Attorneys for Defendant Michael C. Sciarra

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
(Honorable Stanley R. Chesler, U.S.D.J.)

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | |
| v. : | Criminal No.: 09-863 (SRC) |
| MICHAEL C. SCIARRA, et al. : | **ORDER MODIFYING BAIL CONDITIONS** |
| Defendants. : | |

THIS MATTER having come before the Court by defendant Michael C. Sciarra through his attorney Edmund DeNoia, Esq., on notice to the United States of America through the United States Attorney's Office for the District of New Jersey (V. Grady O'Malley, A.U.S.A. appearing) and Pretrial Services (Michele Roman, appearing), and not opposing, and for good cause being shown;

IT IS on this _18_ day of _July_ , 2011;

ORDERED that the terms of Michael C. Sciarra's bail are hereby modified to remove the curfew and electronic monitoring conditions;

FURTHER ORDERED that all other conditions of bail remain in effect.

HON. STANLEY R. CHESLER
United States District Court Judge

The entry of the above Order is hereby consented to by the undersigned:

Attorney for Defendant
Michael C. Sciarra

Edmund DeNoia, Esq.

Dated:

United States Attorney's Office
Attorneys for the United States

V. Grady O'Malley, A.U.S.A.

Dated:

United States Pretrial Office

Michele Roman

Dated:

2